Garvin, et al. *v.* Guliante, Appellant, et al.

716

 Argued June 11, 1975. *Stephen H. Palmer,* with him *Fronefield, DeFuria & Petrikin,* for appellant; *Arthur W. Hankin,* with him *Meyer, Lasch, Hankin & Poul,* for appellees; *Gerald J. Cohen,* submitted a brief for additional defendant, appellee, Francis X. Garvin.

Order affirmed.